**NOTE: CHANGES MADE BY COURT**

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sanrio Company, Ltd. and Sanrio, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Majeih Apparel, Inc., Israel Arreaga Ajiataz a/k/a Israel Ajiataz Arreaga, an individual and d/b/a Shop Anime Nation, and Does 1 through 10, inclusive, <br><br> Defendants. | Case No. 8:23-cv-01598-FWS-AS <br><br> **CONSENT DECREE AND PERMANENT INJUNCTION [18]** |

Having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction [18] ("Stipulation"), executed by Plaintiff Sanrio Company, Ltd. and Plaintiff Sanrio, Inc. (collectively "Plaintiffs") and Defendant Majeih Apparel, Inc. and Defendant Israel Arreaga Ajiataz a/k/a Israel Ajiataz Arreaga, an individual and d/b/a Shop Anime Nation (collectively "Defendants") in this action, and good cause appearing therefore, the Court **ORDERS** that based on the Stipulation and only as to Defendants, their successors, heirs, and assignees, **this Consent Decree and Permanent Injunction is ENTERED** in the above-captioned action as follows:

1)      This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq*., and 28 U.S.C. §§ 1331 and 1338.

1   Service of process was properly made against Defendants.

2   2)   Plaintiffs have expended considerable resources in the creation and commercial

3   exploitation of their copyrightable and trademarkable property, and as a consequence

4   thereof, have acquired intellectual property rights, including but not limited to those

5   rights listed in Exhibits A-B ("Plaintiffs' Properties").

6   3)   Plaintiffs have alleged that Defendants have made unauthorized uses of

7   Plaintiffs' Properties or substantially similar likenesses or colorable imitations thereof.

8   4)   Defendants and their agents, servants, employees, representatives, successor and

9   assigns, and all persons, firms, corporations or other entities in active concert or

10  participation with them who receive actual notice of the Injunction are hereby

11  restrained and permanently enjoined from infringing – directly, contributorily or

12  vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging,

13  inducing, authorizing, aiding or abetting, materially contributing to, or persuading

14  anyone to infringe in any manner Plaintiffs' Properties, including, but not limited to,

15  manufacturing, importing, distributing, advertising, selling, offering for sale, any

16  unauthorized product which features any of Plaintiffs' Properties ("Unauthorized

17  Products"), and, specifically:

18      a) Importing, manufacturing, distributing, advertising, selling, offering for sale, the

19         Unauthorized Products or any other unauthorized products which picture,

20         reproduce, copy or use the likenesses of or bear a substantial similarity to any of

21         Plaintiffs' Properties;

22      b) Importing, manufacturing, distributing, advertising, selling, offering for sale,

23         renting or offering to rent in connection thereto any unauthorized promotional

24         materials, labels, packaging or containers which picture, reproduce, copy or use

25         the likenesses of or bear a confusing similarity to any of Plaintiffs' Properties;

26      c) Engaging in any conduct that tends falsely to represent that, or is likely to

27         confuse, mislead or deceive purchasers, Defendants' customers and/or members

28

of the public to believe, the actions of Defendants, the products sold by Defendants, or Defendants themselves are connected with Plaintiffs, are sponsored, approved or licensed by Plaintiffs, or are affiliated with Plaintiffs; or

d) Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, selling, offering for sale, or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiffs.

e) Otherwise competing unfairly with Plaintiffs in any manner.

5) Plaintiffs are entitled to, and shall recover from Defendants, jointly and severally, the sum of Seventy-Five Thousand U.S. Dollars ($75,000.00), pursuant to the terms of the parties' Release and Settlement Agreement dated and effective December 7, 2023.

6) In light of this Order, the hearing on Plaintiffs' Motion for Entry of Default Judgment currently on calendar for January 18, 2024, at 10:00 a.m. is hereby vacated.

7) Each side shall bear its own fees and costs of suit.

8) Except as provided herein, all claims alleged in the Complaint are dismissed without prejudice.

9) This Consent Decree and Permanent Injunction shall be deemed to have been served upon Defendants at the time of its execution by the Court.

10) The Court finds there is no just reason for delay in entering this Consent Decree and Permanent Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Consent Decree and Permanent Injunction against Defendants.

11) The Court shall retain jurisdiction over Defendants and of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Consent Decree and

1  Permanent Injunction or of the Parties' Release and Settlement Agreement dated and

2  effective December 7, 2023, until further order of the Court.

3

4        **IT IS SO ORDERED**.

5

6

7  Dated:  December 15, 2023      _____

8                                 Hon. Fred W. Slaughter
                                   UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## EXHIBIT A

## SANRIO CO.'S COPYRIGHTED DESIGNS

| Copyright Registration | Title of Work (Character) |
|---|---|
| TX 3-769-888 | SANRIO 1993 Product and Sales Promotion Catalog |
| VA 52-941 | Hello Kitty Bus Stop Seal Set |
| VA 130-419 | MY MELODY, a bunny with hood |
| VA 130-421 | Patty & Jimmy |
| VA 130-422 | LITTLE TWIN STARS, a boy and girl with star background |
| VA 148-624 | Hello Kitty, Little Twin Stars, My Melody and Robby Rabbit Independence Day Stickers (Supplement) |
| VA 148-625 | Tuxedo Sam |
| VA 148-778 | MY MELODY AND FRIENDS FRAGRANT STICKERS |
| VA 148-780 | Hello Kitty Notebook |
| VA 246-420 | Hello Kitty with Teddy Bear Stickers |
| VA 246-421 | Little Twin Stars |
| VA 636-579 | KeroKeroKeroppi |
| VA 636-580 | Pochaco |
| VA 636-581 | Zashikibuta |
| VA 636-582 | Pekkle |
| VA 657-748 | KOBUTA NO PIPPO |
| VA 707-212 | KeroKeroKeroppi |
| VA 811-440 | Bad Badtz Maru |
| VA 840-494 | Winkipinki |
| VA 840-495 | Monkichi |
| VA 840-496 | Picke Bicke |
| VAu 498-617 | Chococat |
| Vau 531-649 | Hello Kitty Head Dress 2001 |
| Vau 655-028 | THE RUNABOUTS – 2001 |
| VAu 684-322 | Sanrio 2005 Character Guide |
| VAu 1-078-385 | Sanrio 2010 Character Guide |
| VAu 1-223-912 | Sanrio Character Mini Brochure 2015 |
| VAu 1-307-709 | AGGRETSUKO/AGGRESSIVERETSUKO |
| VA 1-296-111 | CHARMMY KITTY / August 04 |
| VA 1-296-115 | 2004 – 100 Characters |
| VA 1-303-873 | DOKIDOKI HOTDOG / THE CHILI PEPPER TRIO / CATALOG EVERYDAY 5 MAY 2003 |
| VA 1-303-874 | Character Merchandising |
| VA 1-306-618 | Pompommuffin |
| VA 1-342-774 | SANRIO 2005 KEROPPI STYLE GUIDE |
| VA 1-342-775 | Sanrio 2002 Hello Kitty Style Guide |
| VA 1-370-020 | PANDAPPLE(INTRO), FROOLIEMEW(FANCY), CHOCOCAT(DOT)/SANRIO 2005 PRODUCT CATALOG AUG NEW |
| VA 1-370-517 | Cotton Flower Summer 2006 Catalog No. 0602 |
| VA 1-370-518 | COTTON FLOWER SPRING 2006 CATALOG NO. 0601 |
| VA 1-370-524 | MY MELODY&KUROMI(flower);HELLO KITTY(bee bear) Everyday Catalog December 2005 |

| VA 1-370-525 | CHARMMY KITTY (honey); KUROMI; SUGARBUNNIES; HELLO KITTY(jewel) Everyday Catalog 2005 |
| VA 1-416-373 | keepin' it green (KEROPPI) |
| VA 1-416-374 | TENORIKUMA(BLUE CAFE), MY MELODY(HEART), KUROMI(KUROMI5), CHARMMY KITTY(RABBIT), HELLO KITTY(LOGO) EVERYDAY CAT.JUNE 2006 |
| VA 1-416-375 | MASYUMARU(INTRO); CINNAMOROLL(SPORT); SUGARBUNNIES(DOUGHNUTS); CHARMMYKITTY(RABBIT); LITTLE TWIN STARS(STARS); HELLO KITTY(BEAR); EVERYDAY CATALOG JULY 2006 |
| VA 1-417-422 | COTTON FLOWER FALL-WINTER 2006 CATALOG NO. 0603 |
| VA 1-434-208 | Little Twin Stars with Unicorn Stickers (Supplement) |
| VA 1-434-209 | Hello Kitty, Little Twin Stars, My Melody and Robby Rabbit Independence Day Stickers |
| VA 1-434-211 | Hello Kitty with Teddy Bear Stickers (Supplement) |
| VA 1-352-721 | Keroppi / Little Frog…Big Splash |
| VA 1-755-622 | HELLO KITTY & DAISY |
| VA 1-962-577 | Gudetama Clear Folder |
| VA 1-962-588 | KIRIMICHAN stickers |
| VA 1-962-589 | KIRIMICHAN clear folder |
| VA 1-967-937 | Strawberry News No. 548/ Introducing Kirimichan and Gudetama, et al. |
| VA 1-967-946 | GUDETAMA Fan Book |
| VA 1-967-947 | Gudetama Philosophy |
| VA 2-070-761 | MY MELODY PYOCONORU |
| VA 2-070-765 | POMPOMPURIN PYOCONORU |
| VA 2-070-766 | HELLO KITTY PYOCONORU |
| VA 2-090-677 | AGGRETSUKO/AGGRESSIVERETSUKO Book of Phrases and Expressions |
| VA 2-102-318 | AGGRETSUKO/AGGRESSIVERETSUKO: Smartphone Application Stamp Images |
| VA 2-254-294 | Kuromi |
| VA 2-272-291 | Kuromi Emojis |
| VA 2-285-309 | Sanrio Characters (Cartoon) |

**EXHIBIT B**

**SANRIO CO.'S TRADEMARKS**

| Trademark | Registration No. | Registration Date |
|---|---|---|
| HELLO KITTY | 1215436 | November 9, 1982 |
| HELLO KITTY | 1279486 | May 29, 1984 |
| HELLO KITTY | 4845741 | November 3, 2015 |
| HELLO KITTY | 4845743 | November 3, 2015 |
| HELLO KITTY | 4850594 | November 10, 2015 |
| HELLO KITTY | 4850605 | November 10, 2015 |
| HELLO KITTY | 4850610 | November 10, 2015 |
|  | 1200083 | July 6, 1982 |
|  | 1277721 | May 15, 1984 |
|  | 4818053 | September 22, 2015 |
|  | 4858352 | November 24, 2015 |
|  | 4869888 | December 15, 2015 |
|  | 4869889 | December 15, 2015 |
|  | 3260858 | July 10, 2007 |

| | | |
|---|---|---|
| | 3260861 | July 10, 2007 |
| | 3272377 | July 31, 2007 |
| | 4760381 | June 23, 2015 |
| Sanrio | 4854806 | November 17, 2015 |
| Sanrio | 4854807 | November 17, 2015 |
| Sanrio | 2435865 | March 13, 2001 |
| Sanrio | 2696064 | March 11, 2003 |
| Sanrio | 2845115 | May 25, 2004 |
| Sanrio | 4850578 | November 10, 2015 |
| Sanrio | 4854796 | November 17, 2015 |
| Sanrio | 4854803 | November 17, 2015 |
| Sanrio SMILES | 2742383 | July 29, 2003 |
| Sanrio SMILES | 2435866 | March 13, 2001 |
| MY MELODY | 1305637 | November 20, 1984 |

Sanrio Company, Ltd., et al. v. Majeih Apparel, Inc., et al.:                - 8 -
Consent Decree

| | | |
|---|---|---|
| KUROMI | 6817674 | August 16, 2022 |
| LITTLE TWIN STARS | 1341864 | June 18, 1985 |
| LITTLE TWIN STARS | 3245995 | May 29, 2007 |
| LITTLE TWIN STARS | 3245998 | May 29, 2007 |
| LITTLE TWIN STARS | 3250328 | June 12, 2007 |
| LITTLE TWIN STARS | 3861200 | October 12, 2010 |
| LITTLE TWIN STARS | 4845741 | November 3, 2015 |
| KEROPPI | 3181347 | December 5, 2006 |
| KEROPPI | 3531380 | November 11, 2008 |
| BADTZ MARU | 2284470 | October 12, 1999 |
| POCHACCO | 2236507 | April 6, 1999 |
| CHARMMY KITTY | 3505706 | September 23, 2008 |
|  | 2714130 | May 6, 2003 |
|  | 5814152 | July 23, 2019 |
|  | 6821637 | August 16, 2022 |
|  | 6112134 | July 28, 2020 |
|  | 5814150 | July 23, 2019 |
| GUDETAMA | 5246977 | July 18, 2017 |
|  | 5242102 | July 11, 2017 |

|  | 5246978 | July 18, 2017 |